UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | |
|---|---|---|
| | § | |
| JOHNSON, ROBERT EUGENE | § | Case No. 10-35151 |
| JOHNSON, NANCY JO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/GINA B. KROL_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

Case 10-35151 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT Desc Main Page: 1
Doc 61 Filed 03/11/13 Entered 03/11/13 10:24:56
Document ASSET CASES Page 3 of 14

Exhibit A

| Case No: | 10-35151 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | JOHNSON, ROBERT EUGENE | | | Date Filed (f) or Converted (c): | 08/05/10 (f) |
| | JOHNSON, NANCY JO | | | 341(a) Meeting Date: | 09/28/10 |
| For Period Ending: | 02/18/13 | | | Claims Bar Date: | 03/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home Location: 1435 White Eagle Driv | 516,500.00 | 0.00 | | 0.00 | FA |
| 2. Wyndham Timeshare Location: Myrtle Beach, South Ca | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 3. Cash Location: 1435 White Eagle Drive, Naperville | 25.00 | 25.00 | | 0.00 | FA |
| 4. US Bank Checking Account No. xxxxx3585 Location: 1 | 150.00 | 150.00 | | 0.00 | FA |
| 5. US Bank Savings Account No. xxxxxxxx4905 Location: | 50.00 | 50.00 | | 0.00 | FA |
| 6. Harris Bank Checking Account No. xxxxxx8183 Locati | 1,700.00 | 1,700.00 | | 0.00 | FA |
| 7. First Bank of Highland Park Checking Account No.xx | 1,200.00 | 1,200.00 | | 0.00 | FA |
| 8. TCF Bank Checking Account No. xxxxxx9560 Location: | 150.00 | 150.00 | | 0.00 | FA |
| 9. TCF Bank Savings Account No. Location: 425 W Ogden | 10.00 | 10.00 | | 0.00 | FA |
| 10. Kitchen Utensils, mixer, coffee pot, pots and pans | 2,530.00 | 2,530.00 | | 0.00 | FA |
| 11. Books, records, CDs, pictures, collectibles, 1879 | 600.00 | 600.00 | | 0.00 | FA |
| 12. Necessary wearing apparel Location: 1435 White Eag | 145.00 | 145.00 | | 0.00 | FA |
| 13. Watches, earrings, weddings rings, grandmother's w | 425.00 | 425.00 | | 0.00 | FA |
| 14. Exercise equipent and camera Location: 1435 White | 200.00 | 200.00 | | 0.00 | FA |
| 15. AHRP Adventist HealthCare Retirement Plan Location | 28,521.21 | 28,521.21 | | 0.00 | FA |
| 16. MetLife Adventist Health Partners Retirement Locat | 22,689.96 | 22,689.96 | | 0.00 | FA |
| 17. Sisters of Mercy Health System Retirement Annuity | Unknown | 0.00 | | 0.00 | FA |
| 18. Alden Management 401(k) - Transamerica Location: P | 18,518.30 | 18,518.30 | | 0.00 | FA |
| 19. Medical Doctor Location: 1435 White Eagle Drive, N | 0.00 | 0.00 | | 0.00 | FA |
| 20. Licensed Nursing Home Administrator Location: 1435 | 0.00 | 0.00 | | 0.00 | FA |
| 21. 1981 Ferrari 400 I 47,000 miles Location: 1435 Whi | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 22. 1965 Ferrari 330 GT 67,000 miles Location: 1435 Wh | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 23. Lotus Elan Super Safety 68,000 miles Location: 143 Trustee has vehicle listed for sale | 20,000.00 | 20,000.00 | | 28,600.00 | FA |
| 24. 2009 Chrysler 300C AWD 16,800 miles Location: 1435 | 23,025.00 | 23,025.00 | | 0.00 | FA |
| 25. Basement computer, study computer, shredder, mini | 785.00 | 785.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.72 | Unknown |

Gross Value of Remaining Assets

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

**FORM 1**

Case 10-35151 Doc 61 Filed 03/11/13 Entered 03/11/13 10:24:56 Desc Main
Document Page 4 of 14

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| | |
|---|---|
| Case No: 10-35151 DRC Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: JOHNSON, ROBERT EUGENE | Date Filed (f) or Converted (c): 08/05/10 (f) |
| JOHNSON, NANCY JO | 341(a) Meeting Date: 09/28/10 |
| | Claims Bar Date: 03/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $705,224.47 | $188,724.47 | | $28,603.72 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to review claims and file TFR.


Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 03/31/13


        /s/    GINA B. KROL
_____ Date: _____
        GINA B. KROL

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-35151 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | JOHNSON, ROBERT EUGENE | Bank Name: | ASSOCIATED BANK |
| | JOHNSON, NANCY JO | Account Number / CD #: | *******0378 Checking Account |
| Taxpayer ID No: | *******4031 | | |
| For Period Ending: | 02/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 25,089.49 | | 25,089.49 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.47 | 25,074.02 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.98 | 25,058.04 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 21.71 | 25,036.33 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 25,089.49 | 53.16 | 25,036.33 |
| Less: Bank Transfers/CD's | 25,089.49 | 0.00 | |
| Subtotal | 0.00 | 53.16 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 53.16 | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

Page Subtotals  25,089.49   53.16

Ver: 17.01

LFORM24

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-35151 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | JOHNSON, ROBERT EUGENE | | Bank Name: | BANK OF AMERICA, N.A. |
| | JOHNSON, NANCY JO | | Account Number / CD #: | *******3905 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4031 | | | |
| For Period Ending: | 02/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/14/11 | 23 | Chicago Liquidators SVCS, Inc.<br>1830 N. Besly Ct.<br>Chicago, IL 60642 | | 1129-000 | 28,600.00 | | 28,600.00 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 28,600.12 |
| 04/12/11 | 000301 | Chicago Liquidators<br>1830 N. Besly Court<br>Chicago, IL 60622 | Auctioneer Compensation & Expenses | 3610-000 | | 3,145.00 | 25,455.12 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 25,455.34 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 25,455.56 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 25,455.77 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 25,455.98 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 25,456.20 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 25,456.41 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 25,456.63 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.43 | 25,424.20 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 25,424.41 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.34 | 25,393.07 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 25,393.28 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.31 | 25,361.97 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 25,362.19 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 33.26 | 25,328.93 |
| 02/06/12 | 000302 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 22.85 | 25,306.08 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 25,306.28 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.09 | 25,276.19 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 25,276.40 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.08 | 25,245.32 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 25,245.53 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.07 | 25,213.46 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*　　　　　　　　　　　　　　　Page Subtotals　　28,602.89　　3,389.43

Ver: 17.01

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-35151 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | JOHNSON, ROBERT EUGENE | | Bank Name: | BANK OF AMERICA, N.A. |
| | JOHNSON, NANCY JO | | Account Number / CD #: | *******3905 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4031 | | | |
| For Period Ending: | 02/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 25,213.67 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.03 | 25,181.64 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 25,181.84 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.93 | 25,151.91 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 25,152.13 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.99 | 25,119.14 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 25,119.34 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 29.85 | 25,089.49 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 25,089.49 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 28,603.72 | 28,603.72 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 25,089.49 | |
| Subtotal | | 28,603.72 | 3,514.23 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 28,603.72 | 3,514.23 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0378 | 0.00 | 53.16 | 25,036.33 |
| Money Market Account (Interest Earn - ********3905 | 28,603.72 | 3,514.23 | 0.00 |
| | 28,603.72 | 3,567.39 | 25,036.33 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

         /s/    GINA B. KROL
Trustee's Signature: _____  Date: 02/18/13

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*                                    Page Subtotals           0.83           25,214.29

Ver: 17.01

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 10-35151 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | JOHNSON, ROBERT EUGENE | Bank Name: | BANK OF AMERICA, N.A. |
| | JOHNSON, NANCY JO | Account Number / CD #: | *******3905 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4031 | | |
| For Period Ending: | 02/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

GINA B. KROL

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                    Page Subtotals         0.00              0.00

Ver: 17.01

LFORM24

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-35151
Case Name: JOHNSON, ROBERT EUGENE
JOHNSON, NANCY JO
Trustee Name: GINA B. KROL

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____
Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Department of Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | $ | $ | $ |

      Total to be paid to priority creditors        $_____

      Remaining Balance        $_____

      The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

      Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

      Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, OH 43054-3025 | $ | $ | $ |
| 000002 | USAA FEDERAL SAVINGS BANK C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $ | $ | $ |
| 000003 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 248839 Oklahoma City, OK 73124-8839 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | $ | $ | $ |
| 000007 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | $ | $ | $ |
| 000008 | ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | $ | $ | $ |
| 000009 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | $ | $ | $ |
| 000010 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000012 | CitiFinancial, Inc<br>P.O. Box 140489<br>Irving, TX 75014-0489 | $ | $ | $ |
| 000013 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000014 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000015 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000016 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000018 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000006B | Department of Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | $ | $ | $ |

Total to be paid to subordinated unsecured creditors $_____

Remaining Balance $_____