UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| JOHNSON, ROBERT EUGENE | § | Case No. 10-35151 |
| JOHNSON, NANCY JO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

KENNETH S. GARDNER
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 04/12/2013 in Courtroom 4016,

DuPage County Courthouse
505 N. County Farm Rd.
Wheaton, IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/18/2013                    By: KENNETH S. GARDNER
                                               Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
JOHNSON, ROBERT EUGENE              §   Case No. 10-35151
JOHNSON, NANCY JO                   §
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 28,603.72 |
| and approved disbursements of | $ | 3,567.39 |
| leaving a balance on hand of[1] | $ | 25,036.33 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 3,610.37 | $ 0.00 | $ 3,610.37 |
| Attorney for Trustee Fees: Cohen & Krol | $ 3,339.25 | $ 0.00 | $ 3,339.25 |
| Other: International Sureties | $ 44.56 | $ 44.56 | $ 0.00 |
| Other: Cohen & Krol | $ 41.95 | $ 0.00 | $ 41.95 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 6,991.57 |
| Remaining Balance | $ 18,044.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,536.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006A | Department of Treasury | $ 5,536.40 | $ 0.00 | $ 5,536.40 |
| | Total to be paid to priority creditors | | | $ 5,536.40 |
| | Remaining Balance | | | $ 12,508.36 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 166,550.04 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,578.27 | $ 0.00 | $ 569.15 |
| 000002 | USAA FEDERAL SAVINGS BANK | $ 5,612.81 | $ 0.00 | $ 421.54 |
| 000003 | Capital One Bank (USA), N.A. | $ 5,810.66 | $ 0.00 | $ 436.40 |
| 000004 | Capital One Bank (USA), N.A. | $ 1,455.34 | $ 0.00 | $ 109.30 |
| 000005 | Capital One Bank (USA), N.A. | $ 11,329.91 | $ 0.00 | $ 850.90 |
| 000007 | US BANK N.A. | $ 12,904.35 | $ 0.00 | $ 969.15 |
| 000008 | ELAN FINANCIAL SERVICES | $ 6,594.02 | $ 0.00 | $ 495.23 |
| 000009 | US BANK N.A. | $ 634.67 | $ 0.00 | $ 47.67 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | PYOD LLC its successors and assigns as assignee of | $ 23,322.81 | $ 0.00 | $ 1,751.61 |
| 000011 | PYOD LLC its successors and assigns as assignee of | $ 19,109.78 | $ 0.00 | $ 1,435.19 |
| 000012 | CitiFinancial, Inc | $ 10,911.99 | $ 0.00 | $ 819.52 |
| 000013 | PYOD LLC its successors and assigns as assignee of | $ 21,142.06 | $ 0.00 | $ 1,587.83 |
| 000014 | PYOD LLC its successors and assigns as assignee of | $ 2,000.73 | $ 0.00 | $ 150.26 |
| 000015 | PYOD LLC its successors and assigns as assignee of | $ 4,403.53 | $ 0.00 | $ 330.72 |
| 000016 | FIA Card Services, NA/Bank of America | $ 23,258.20 | $ 0.00 | $ 1,746.75 |
| 000017 | FIA Card Services, NA/Bank of America | $ 6,124.41 | $ 0.00 | $ 459.96 |
| 000018 | GE Money Bank | $ 4,356.50 | $ 0.00 | $ 327.18 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 12,508.36 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 79.97 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006B | Department of Treasury | $ 79.97 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors  $ 0.00

Remaining Balance  $ 0.00


Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 5)*

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                            Case No. 10-35151-DRC
Robert Eugene Johnson                                             Chapter 7
Nancy Jo Johnson
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: froman                Page 1 of 3              Date Rcvd: Mar 12, 2013
                              Form ID: pdf006             Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2013.
db/jdb       Robert Eugene Johnson,   Nancy Jo Johnson,   1435 White Eagle Drive,    Naperville, IL  60564-9758
15959997    +Bank Of America,   Attn: Bankruptcy NC4-105-03-14,   PO Box 26012,    Greensboro, NC 27420-6012
15959998    +Blatt, Hasenmiller, et al.,    125 South Wacker Drive, Ste. 400,    Chicago, IL 60606-4440
15960003    +Capital One, N.A.,   Attn: Bankruptcy,   PO Box 30273,   Salt Lake City, UT 84130-0273
15960004    +Chrysler Financial Services Americas, L.L.C.,    c/o Riezman Berger P.C.,
              7700 Bonhomme Ave, 7th Floor,    St. Louis, MO 63105-1960
16932003    #CitiFinancial, Inc,    P.O. Box 140489,   Irving, TX 75014-0489
15960005    +Citibank SD, NA,   Attn: Centralized Bankruptcy,    PO Box 20507,   Kansas City, MO 64195-0507
15960008    +Citibank USA,   Attn.: Centralized Bankruptcy,    PO Box 20363,   Kansas City, MO 64195-0363
15960016    +HSBC / Best Buy,   PO Box 5263,   Carol Stream, IL 60197-5263
15960017    +HSBC Bank (Beneficial),    PO Box 5263,   Attn: Bankruptcy,   Carol Stream, IL 60197-5263
15960014    +Harris Bank NA,   3800 Golf Road, Ste. 300,   Rolling Meadows, IL 60008-4005
15960015    +Home Depot Credit Services,    Dept. 32-2504980701,   The Lakes, NV 88901-0001
19929243     Midland Funding LLC,   By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
15960023    +Sears,   Attn: Bankruptcy,   PO Box 20363,   Kansas City, MO 64195-0363
16756787   ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: ELAN FINANCIAL SERVICES,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
              CINCINNATI, OH 45201-5229)
15960026    +USAA Federal Savings Bank,    10750 Mcdermott Fwy,   San Antonio, TX 78288-1600
15960027    +Wells Fargo Financial,   4137 121st Street,   Urbandale, IA 50323-2310

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15960000    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2013 03:32:17      Capital 1 Bank,
              Attn: C/O American Infosource,   PO Box 54529,   Oklahoma City, OK 73154-1529
16678892     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2013 03:37:39      Capital One Bank (USA), N.A.,
              by American Infosource Lp As Agent,    PO Box 248839,   Oklahoma City, OK  73124-8839
15960018     E-mail/Text: cio.bncmail@irs.gov Mar 13 2013 03:18:27      Department of Treasury,
              Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
16595290     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 13 2013 03:35:39      Discover Bank,
              Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
15960010    +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 13 2013 03:35:39
              Discover Financial Services, LLC.,    PO Box 3025,   Attn: Bankruptcy,
              New Albany, OH 43054-3025
15960011    +E-mail/Text: collector@dupageco.org Mar 13 2013 03:22:03      DuPage County Collector,
              421 N. County Farm Road,   Wheaton, IL 60187-3992
16991455     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 13 2013 03:35:20
              FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
              Oklahoma City, OK  73124-8809
15960013    +E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2013 03:34:02      GE Money - Walmart,
              Attention: Bankruptcy,   PO Box 103106,   Roswell, GA 30076-9106
16993720     E-mail/PDF: rmscedi@recoverycorp.com Mar 13 2013 03:31:38      GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15960019     E-mail/Text: cio.bncmail@irs.gov Mar 13 2013 03:18:28      Internal Revenue,
              Department of the Treasury - Internal Re,    PO Box 7346,   Philadelphia, PA 191017346
16894714    +E-mail/Text: resurgentbknotifications@resurgent.com Mar 13 2013 03:19:11
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
19929244     E-mail/PDF: rmscedi@recoverycorp.com Mar 13 2013 03:37:26
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
17011673     E-mail/PDF: cbp@slfs.com Mar 13 2013 03:37:29      Springleaf Financial Services, Inc.,
              f/k/a American General Financial,    Services, Inc.,   20 N. Clark suite 2600,
              Chicago, IL  60602
15959995     E-mail/PDF: cbp@slfs.com Mar 13 2013 03:34:41      American General Finance,
              12337 S. Route 59, Ste. 20,   Plainfield, IL 60585
16628167    +E-mail/Text: bncmail@w-legal.com Mar 13 2013 03:26:21      USAA FEDERAL SAVINGS BANK,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Cohen & Krol
aty          Gina B. Krol
aty          Joseph E Cohen
15960021     Midland Credit Management,    PO Box 939019,   San Diego, IL 62193
15960022     Midland Credit Management,    PO Box 939019,   San Diego, IL 62193
15959999*    Blatt, Hasenmiller, et al.,    125 South Wacker Drive, Ste. 400,    Chicago, IL 60606-4440
15960001*   +Capital 1 Bank,   Attn: C/O American Infosource,    PO Box 54529,   Oklahoma City, OK 73154-1529
15960002*   +Capital 1 Bank,   Attn: C/O American Infosource,    PO Box 54529,   Oklahoma City, OK 73154-1529
15960006*   +Citibank SD, NA,   Attn: Centralized Bankruptcy,    PO Box 20507,   Kansas City, MO 64195-0507
15960007*   +Citibank SD, NA,   Attn: Centralized Bankruptcy,    PO Box 20507,   Kansas City, MO 64195-0507
```

```
District/off: 0752-1            User: froman                Page 2 of 3                  Date Rcvd: Mar 12, 2013
                                Form ID: pdf006             Total Noticed: 32


              ***** BYPASSED RECIPIENTS (continued) *****
15959996*     ++SPRINGLEAF FINANCIAL SERVICES,   P O BOX 3251,    EVANSVILLE IN 47731-3251
                (address filed with court:   American General Finance,    12337 S. Route 59, Ste. 20,
                 Plainfield, IL 60585)
15960012*     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:   Elan Financial Services,    PO Box 5229,   Cincinnati, OH 45201)
16756785*     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:   US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                 CINCINNATI, OH 45201-5229)
15960024*     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:   US Bank,    101 5th Street E, Ste. A,   St. Paul, MN 55101)
15960025*     ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:   US Bank,    101 5th Street E, Ste. A,   St. Paul, MN 55101)
15960009      ##+Citifinancial,   Attn: Bankruptcy Dept,   1111 Northpoint Dr,    Coppell, TX 75019-3831
15960020      ##+Law Offices Mitchell Kay,   PO Box 2374,   Chicago, IL 60690-2374
                                                                                          TOTALS: 5, * 10, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 14, 2013**                    **Signature:**          *Joseph Speetjens*

```
District/off: 0752-1          User: froman               Page 3 of 3              Date Rcvd: Mar 12, 2013
                              Form ID: pdf006            Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2013 at the address(es) listed below:
          Allison E Walsh    on behalf of Creditor    Wells Fargo Financial Illinois, Inc.
           aew@brookslawfirmpc.com
          Carina Clark Federico    on behalf of Creditor    United States Of America
           Carina.C.Federico@usdoj.gov, Northern.Taxcivil@USDOJ.gov
          Gina B Krol    on behalf of Auctioneer Christopher   Matsakis kingkrol@aol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol    on behalf of Attorney    Cohen and Krol gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol     gkrol@cohenandkrol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol    on behalf of Trustee Gina B Krol kingkrol@aol.com,
           gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol, ESQ    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
           jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
          Kathryn A Klein    on behalf of Creditor    Chrysler Financial Services Americas, L.L.C. f/k/a
           DaimlerChrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
          Laura A. Hrisko    on behalf of Creditor    American General Financial Services, Inc.
           Laura.Hrisko@slfs.com, lrisko@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roman  Sukley    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
          William D Cherny    on behalf of Debtor Robert Eugene Johnson bill@chernylaw.com
          William D Cherny    on behalf of Joint Debtor Nancy Jo Johnson bill@chernylaw.com
          Yan  Teytelman    on behalf of Trustee Gina B Krol yan@ytlawfirm.com, law_4321@yahoo.com
                                                                                               TOTAL: 14