UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOHNSON, ROBERT EUGENE | § | Case No. 10-35151 |
| JOHNSON, NANCY JO | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/GINA B. KROL _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American General Finance<br>12337 S. Route 59, Ste. 20<br>Plainfield, IL 60585 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Bank NA 3800 Golf Road, Ste. 300 Rolling Meadows, IL 60008 | | | | | |
| | Wells Fargo Financial 4137 121st Street Urbandale, IA 50323 | | | | | |
| 000019 | SPRINGLEAF FINANCIAL SERVICES, INC. | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| CHICAGO LIQUIDATORS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DuPage County Collector 421 N. County Farm Road Wheaton, IL 60189 | | | | | |
| 000006A | DEPARTMENT OF TREASURY | | | | | |
| 000020 | INTERNAL REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One, N.A. Attn: Bankruptcy PO Box 30273 Salt Lake City, UT 84130 | | | | | |
| | HSBC / Best Buy PO Box 5263 Carol Stream, IL 60197-5264 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Bank (Beneficial) PO Box 5263 Attn: Bankruptcy Carol Stream, IL 60197 | | | | | |
| | Home Depot Credit Services Dept. 32-2504980701 The Lakes, NV 88901 | | | | | |
| | Sears Attn: Bankruptcy PO Box 20363 Kansas City, MO 64195 | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000012 | CITIFINANCIAL, INC | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000008 | ELAN FINANCIAL SERVICES | | | | | |
| 000016 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000018 | GE MONEY BANK | | | | | |
| 000010 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000011 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000013 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000014 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000015 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | US BANK N.A. | | | | | |
| 000009 | US BANK N.A. | | | | | |
| 000002 | USAA FEDERAL SAVINGS BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006B | DEPARTMENT OF TREASURY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Case 10-35151  Doc 78  Filed 12/26/13  Entered 12/26/13 11:00:46  Desc Main
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
Document  Page 10 of 18
ASSET CASES

Page: 1    Exhibit 8

| Case No: | 10-35151 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | JOHNSON, ROBERT EUGENE | | | Date Filed (f) or Converted (c): | 08/05/10 (f) |
| | JOHNSON, NANCY JO | | | 341(a) Meeting Date: | 09/28/10 |
| For Period Ending: | 12/09/13 | | | Claims Bar Date: | 03/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home Location: 1435 White Eagle Driv | 516,500.00 | 0.00 | OA | 0.00 | FA |
| 2. Wyndham Timeshare Location: Myrtle Beach, South Ca | 3,000.00 | 3,000.00 | OA | 0.00 | FA |
| 3. Cash Location: 1435 White Eagle Drive, Naperville | 25.00 | 25.00 | OA | 0.00 | FA |
| 4. US Bank Checking Account No. xxxxx3585 Location: 1 | 150.00 | 150.00 | OA | 0.00 | FA |
| 5. US Bank Savings Account No. xxxxxxxx4905 Location: | 50.00 | 50.00 | OA | 0.00 | FA |
| 6. Harris Bank Checking Account No. xxxxxx8183 Locati | 1,700.00 | 1,700.00 | OA | 0.00 | FA |
| 7. First Bank of Highland Park Checking Account No.xx | 1,200.00 | 1,200.00 | OA | 0.00 | FA |
| 8. TCF Bank Checking Account No. xxxxxx9560 Location: | 150.00 | 150.00 | OA | 0.00 | FA |
| 9. TCF Bank Savings Account No. Location: 425 W Ogden | 10.00 | 10.00 | OA | 0.00 | FA |
| 10. Kitchen Utensils, mixer, coffee pot, pots and pans | 2,530.00 | 2,530.00 | OA | 0.00 | FA |
| 11. Books, records, CDs, pictures, collectibles, 1879 | 600.00 | 600.00 | OA | 0.00 | FA |
| 12. Necessary wearing apparel Location: 1435 White Eag | 145.00 | 145.00 | OA | 0.00 | FA |
| 13. Watches, earrings, weddings rings, grandmother's w | 425.00 | 425.00 | OA | 0.00 | FA |
| 14. Exercise equipent and camera Location: 1435 White | 200.00 | 200.00 | OA | 0.00 | FA |
| 15. 0805 | 28,521.21 | 28,521.21 | OA | 0.00 | FA |
| 16. MetLife Adventist Health Partners Retirement Locat | 22,689.96 | 22,689.96 | OA | 0.00 | FA |
| 17. Sisters of Mercy Health System Retirement Annuity | Unknown | 0.00 | OA | 0.00 | FA |
| 18. Alden Management 401(k) - Transamerica Location: P | 18,518.30 | 18,518.30 | OA | 0.00 | FA |
| 19. Medical Doctor Location: 1435 White Eagle Drive, N | 0.00 | 0.00 | OA | 0.00 | FA |
| 20. Licensed Nursing Home Administrator Location: 1435 | 0.00 | 0.00 | OA | 0.00 | FA |
| 21. 1981 Ferrari 400 I 47,000 miles Location: 1435 Whi | 15,000.00 | 15,000.00 | OA | 0.00 | FA |
| 22. 1965 Ferrari 330 GT 67,000 miles Location: 1435 Wh | 50,000.00 | 50,000.00 | OA | 0.00 | FA |
| 23. Lotus Elan Super Safety 68,000 miles Location: 143   Trustee has vehicle listed for sale | 20,000.00 | 20,000.00 | | 28,600.00 | FA |
| 24. 2009 Chrysler 300C AWD 16,800 miles Location: 1435 | 23,025.00 | 23,025.00 | OA | 0.00 | FA |
| 25. Basement computer, study computer, shredder, mini | 785.00 | 785.00 | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.72 | Unknown |

Gross Value of Remaining Assets

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

LFORM1                                                                                                      Ver: 17.04a

**FORM 1**

Case 10-35151 INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT Desc Main
Doc 78 Filed 12/26/13 Entered 12/26/13 11:00:46
Document ASSET CASES Page 11 of 18   Page: 2

Exhibit 8

| Case No: | 10-35151 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | JOHNSON, ROBERT EUGENE | | | Date Filed (f) or Converted (c): | 08/05/10 (f) |
| | JOHNSON, NANCY JO | | | 341(a) Meeting Date: | 09/28/10 |
| | | | | Claims Bar Date: | 03/24/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $705,224.47 | $188,724.47 | | $28,603.72 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to prepare TDR

October 17, 2013, 02:25 pm

Initial Projected Date of Final Report (TFR): 12/31/11    Current Projected Date of Final Report (TFR): 03/31/13

/s/    GINA B. KROL
_____ Date: 12/09/13
    GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35151 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | JOHNSON, ROBERT EUGENE | | Bank Name: | ASSOCIATED BANK |
| | JOHNSON, NANCY JO | | Account Number / CD #: | *******0378  Checking Account |
| Taxpayer ID No: | *******4031 | | | |
| For Period Ending: | 12/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 25,089.49 | | 25,089.49 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.47 | 25,074.02 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 15.98 | 25,058.04 |
| 02/13/13 | 030001 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 21.71 | 25,036.33 |
| 04/12/13 | 030002 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 3,610.37 | 21,425.96 |
| 04/12/13 | 030003 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney's Fees per court order | 3110-000 | | 2,226.17 | 19,199.79 |
| 04/12/13 | 030004 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Attorney's Expenses per court order | 3120-000 | | 41.95 | 19,157.84 |
| 04/12/13 | 030005 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL  60602 | Attorney's Fees per court order | 3110-000 | | 1,113.08 | 18,044.76 |
| 04/12/13 | 030006 | Department of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000006A, Payment 100.00000% | 5800-000 | | 5,536.40 | 12,508.36 |
| 04/12/13 | 030007 | Discover Bank<br>Dfs Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 7.51029% | 7100-900 | | 569.15 | 11,939.21 |
| 04/12/13 | 030008 | USAA FEDERAL SAVINGS BANK<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400 | Claim 000002, Payment 7.51032% | 7100-900 | | 421.54 | 11,517.67 |

Page Subtotals        25,089.49        13,571.82

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 17.04a

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 10-35151 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | JOHNSON, ROBERT EUGENE | Bank Name: | ASSOCIATED BANK |
| | JOHNSON, NANCY JO | Account Number / CD #: | *******0378 Checking Account |
| Taxpayer ID No: | *******4031 | | |
| For Period Ending: | 12/09/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SEATTLE, WA 98121 | | | | | |
| 04/12/13 | 030009 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000003, Payment 7.51033% | 7100-900 | | 436.40 | 11,081.27 |
| 04/12/13 | 030010 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000004, Payment 7.51027% | 7100-900 | | 109.30 | 10,971.97 |
| 04/12/13 | 030011 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000005, Payment 7.51021% | 7100-900 | | 850.90 | 10,121.07 |
| 04/12/13 | 030012 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 000007, Payment 7.51026%<br>(7-1) money loaned | 7100-900 | | 969.15 | 9,151.92 |
| 04/12/13 | 030013 | ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 000008, Payment 7.51029%<br>(8-1) money loaned | 7100-900 | | 495.23 | 8,656.69 |
| 04/12/13 | 030014 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Claim 000009, Payment 7.51099%<br>(9-1) money loaned | 7100-900 | | 47.67 | 8,609.02 |
| 04/12/13 | 030015 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000010, Payment 7.51029% | 7100-900 | | 1,751.61 | 6,857.41 |
| 04/12/13 | 030016 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA | Claim 000011, Payment 7.51024% | 7100-900 | | 1,435.19 | 5,422.22 |

Page Subtotals  0.00  6,095.45

Exhibit 9

| Case No: | 10-35151 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | JOHNSON, ROBERT EUGENE | | Bank Name: | ASSOCIATED BANK |
| | JOHNSON, NANCY JO | | Account Number / CD #: | *******0378 Checking Account |
| Taxpayer ID No: | *******4031 | | | |
| For Period Ending: | 12/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 04/12/13 | 030017 | c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>CitiFinancial, Inc<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Claim 000012, Payment 7.51027% | 7100-900 | | 819.52 | 4,602.70 |
| 04/12/13 | 030018 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000013, Payment 7.51029% | 7100-900 | | 1,587.83 | 3,014.87 |
| 04/12/13 | 030019 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000014, Payment 7.51026% | 7100-900 | | 150.26 | 2,864.61 |
| 04/12/13 | 030020 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000015, Payment 7.51034% | 7100-900 | | 330.72 | 2,533.89 |
| 04/12/13 | 030021 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000016, Payment 7.51025% | 7100-900 | | 1,746.75 | 787.14 |
| 04/12/13 | 030022 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000017, Payment 7.51027% | 7100-900 | | 459.96 | 327.18 |
| 04/12/13 | 030023 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000018, Payment 7.51016%<br>(18-1) WALMART | 7100-900 | | 327.18 | 0.00 |

Page Subtotals     0.00     5,422.22

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

Ver: 17.04a

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-35151 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | JOHNSON, ROBERT EUGENE | | Bank Name: | ASSOCIATED BANK |
| | JOHNSON, NANCY JO | | Account Number / CD #: | *******0378  Checking Account |
| Taxpayer ID No: | *******4031 | | | |
| For Period Ending: | 12/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 25,089.49 | 25,089.49 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 25,089.49 | 0.00 | |
| | | | Subtotal | | 0.00 | 25,089.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 25,089.49 | |

Page Subtotals  0.00  0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 10-35151 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | JOHNSON, ROBERT EUGENE | | Bank Name: | BANK OF AMERICA, N.A. |
| | JOHNSON, NANCY JO | | Account Number / CD #: | *******3905 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4031 | | | |
| For Period Ending: | 12/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/14/11 | 23 | Chicago Liquidators SVCS, Inc.<br>1830 N. Besly Ct.<br>Chicago, IL 60642 | | 1129-000 | 28,600.00 | | 28,600.00 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 28,600.12 |
| 04/12/11 | 000301 | Chicago Liquidators<br>1830 N. Besly Court<br>Chicago, IL 60622 | Auctioneer Compensation & Expenses | 3610-000 | | 3,145.00 | 25,455.12 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 25,455.34 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 25,455.56 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,455.77 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,455.98 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 25,456.20 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,456.41 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 25,456.63 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.43 | 25,424.20 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,424.41 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.34 | 25,393.07 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,393.28 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.31 | 25,361.97 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 25,362.19 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 33.26 | 25,328.93 |
| 02/06/12 | 000302 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | BOND<br>BOND | 2300-000 | | 22.85 | 25,306.08 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 25,306.28 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.09 | 25,276.19 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,276.40 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 31.08 | 25,245.32 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.21 | | 25,245.53 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.07 | 25,213.46 |

| | | | | Page Subtotals | 28,602.89 | 3,389.43 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 10-35151 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | JOHNSON, ROBERT EUGENE | | Bank Name: | BANK OF AMERICA, N.A. |
| | JOHNSON, NANCY JO | | Account Number / CD #: | ********3905 Money Market Account (Interest Earn |
| Taxpayer ID No: | ********4031 | | | |
| For Period Ending: | 12/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.21 | | 25,213.67 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.03 | 25,181.64 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 25,181.84 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.93 | 25,151.91 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.22 | | 25,152.13 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 32.99 | 25,119.14 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.20 | | 25,119.34 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 29.85 | 25,089.49 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 25,089.49 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 28,603.72 | 28,603.72 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 25,089.49 | |
| Subtotal | 28,603.72 | 3,514.23 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 28,603.72 | 3,514.23 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********0378 | 0.00 | 25,089.49 | 0.00 |
| Money Market Account (Interest Earn - ********3905 | 28,603.72 | 3,514.23 | 0.00 |
| | 28,603.72 | 28,603.72 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ GINA B. KROL  Date: 12/09/13

Page Subtotals   0.83   25,214.29

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Ver: 17.04a

LFORM24

# FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-35151 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | JOHNSON, ROBERT EUGENE | | Bank Name: | BANK OF AMERICA, N.A. |
| | JOHNSON, NANCY JO | | Account Number / CD #: | *******3905 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4031 | | | |
| For Period Ending: | 12/09/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

GINA B. KROL

Page Subtotals 0.00 0.00